1  CHUNYING XIE, A# 075 663 686,

2  PRO SE

3  8424 DONAKER ST, SAN DIEGO, CA 92129-4211

4  Telephone: (858) 663-0345

FILED

08 FEB 20  AM 9: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                      DEPUTY

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  **CHUNYING XIE**, A# 075 663 686,   )
            **Plaintiff,**              )
                                        )
12              -v-                      )
                                        )
13  **MICHAEL CHERTOFF**, in his         )   Case No. **'08 CV 0322 BTM NLS**
    official capacity as Secretary of the )
14  U.S. Department of Homeland          )
    Security; **EMILIO T. GONZALEZ,**    )
15  in his official capacity as Director of )
    U.S. Citizenship and Immigration     )
16  Services; **ROBERT S. MUELLER,**     )   **COMPLAINT FOR DECLARATORY AND**
    **III,** in his official capacity as Director )
17  of the Federal Bureau of             )   **INJUNCTIVE RELIEF; PETITION FOR**
    Investigation,                       )
18              **Defendants,**          )   **NATURALIZATION**
                                        )
19  ────────────────────────────

20  Plaintiff Chunying Xie, by and through Pro Se, alleges:

21                    **JURISDICTION**

22      1.      Plaintiff Chunying Xie ("Plaintiff") is a long-time lawful permanent resident of the

23  United States, whose application for naturalization has been unlawfully delayed for more than two

1    years. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because

2    Plaintiff's claims arise under the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 *et seq.*,

3    and regulations arising thereunder. This Court also has jurisdiction under 8 U.S.C. § 1447(b) to

4    adjudicate the naturalization application of the Plaintiff because the responsible agency, the United

5    States Citizenship and Immigration Services ("USCIS"), has failed to adjudicate the application

6    despite the passage of more than 120 days since the date of her naturalization examination. This

7    Court also has jurisdiction under 28 U.S.C. § 2201 (Declaratory Judgment Act) and 5 U.S.C. § 701

8    *et seq.* (Administrative Procedure Act). This Court also has jurisdiction under 28 U.S.C. § 1361.

9    This Court may grant declaratory and injunctive relief pursuant to 28 U.S.C. § 1361, 28 U.S.C. §

10   2202, and 5 U.S.C. § 702.

11                                              **VENUE**

12          2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(e) because Defendants

13   are officers or employees of the United States government, acting in their official capacity or under

14   color of legal authority, and a substantial part of the events or omissions giving rise to the claims

15   occurred in this District, and Plaintiff resides in this District. No real property is involved in this

16   action.

17                                **EXHAUSTION OF OTHER REMEDIES**

18          3.      The Plaintiff has exhausted her administrative remedies. The plaintiff has supplied

19   USCIS and the FBI all required documents that clearly establish her eligibility for naturalization.

20                                             **PARTIES**

21          4.      Plaintiff, Chunying Xie, is a citizen of the People's Republic of China. She is a

22   lawful permanent resident of the United States, and she resides in San Diego, California. She

23   applied for naturalization with USCIS, and her naturalization examination which is also called

1  Interview was on December 12th, 2005. Her naturalization application has not been adjudicated by

2  USCIS.

3      5.      Defendant Michael Chertoff is the Secretary of the U.S. Department of Homeland

4  Security ("DHS"), and this action is brought against him in his official capacity pursuant to 8

5  U.S.C. § 1103. DHS is the agency responsible for implementing the Immigration and Naturalization

6  Act ("INA"). Within DHS, USCIS is responsible for implementing the provisions of the INA under

7  which lawful permanent residents are naturalized as United States citizens.

8      6.      Defendant Emilio T. Gonzalez is the Director of U.S. Citizenship and Immigration

9  Services ("USCIS"), and this action is brought against him in his official capacity. USCIS is

10  responsible for implementing the provisions of the INA under which lawful permanent residents are

11  naturalized as United States citizens.

12      7.      Defendant Robert S. Mueller, III is the Director of the Federal Bureau of

13  Investigation ("FBI"), and this action is brought against him in his official capacity. The FBI is the

14  agency within DHS responsible to perform background security checks, known as "name checks",

15  of all applicants for naturalization upon the request of USCIS.

16  **LEGAL FRAMEWORK**

17      8.      Federal immigration law allows persons who have been residing in the United States

18  as lawful permanent residents to become Unites States citizens through a process known as

19  naturalization.

20      9.      A person seeking to naturalize must meet certain requirements, including an

21  understanding of the English language and history and civics of the United States; a sufficient

22  period of physical presence in the United States; and good moral character. 8 U.S.C. § 1423, §

23  1427.

3

1        10.    Persons seeking to naturalize must submit an application for naturalization to

2    USCIS. 8 U.S.C. § 1445. USCIS is the agency responsible for adjudicating naturalization

3    applications. 8 C.F.R. § 100.2

4        11.    USCIS must grant the naturalization application if the applicant has complied with

5    all requirements for naturalization. USCIS must make a decision to grant or deny the application at

6    the time of the initial examination or within 120-days after the date of the initial examination of the

7    applicant for naturalization. The applicant shall be notified that the application has been granted or

8    denied. 8 C.F.R. § 335.3

9        12.    The Plaintiff took and passed her naturalization examination which is also called

10    Interview with USCIS on December 12th, 2005. Her naturalization application has not been

11    adjudicated. The Plaintiff is informed that USCIS does not make a decision of the Plaintiff's

12    application for naturalization until it receives a completed Name Check from the FBI. The 120-day

13    statutory period expired on April 12th, 2006, and this District Court has subject matter jurisdiction

14    over the matter and may either determine the matter or command USCIS by writ of mandamus, with

15    appropriate instructions, to determine the matter pursuant to 8 U.S.C. § 1447(b).

16        13.    This District Court has the original jurisdiction of any action in the nature of

17    mandamus to compel USCIS and the FBI to perform the duty owed to the plaintiff that is to make a

18    decision to grant or deny the application. 28 U.S.C. § 1361.

19    **STATEMENT OF FACTS**

20        14.    The Plaintiff lawfully entered the US on November 29th, 1991 with F-2 visa

21    #000764 and I-94 #582195882-02. Attached hereto as **Exhibit A,** visa issued to the Plaintiff by the

22    US Consulate in Beijing, and **Exhibit B,** I-94 card for the Plaintiff's entry into the US.

15.    The Plaintiff lawfully became a permanent resident of the US on September 22nd, 2000. Attached hereto as **Exhibit C**, Approval Notice of the Plaintiff's permanent residency application from Immigration and Naturalization Service which is now called USCIS.

16.    The Plaintiff properly submitted an application for naturalization with USCIS in the summer of 2005, and it was received by USCIS on July 5th, 2005. Attached hereto as **Exhibit D**, Receipt of the Plaintiff's naturalization application from USCIS.

17.    The Plaintiff's fingerprints were taken on September 15th, 2005 by the USCIS. Attached hereto as **Exhibit E**, Biometrics Processing Stamp of USCIS on the Fingerprint Notification.

18.    The plaintiff took and passed the naturalization examination which is also called Interview with USCIS on December 12th, 2005 in San Diego, California. Attached hereto as **Exhibit F**, N-652 Naturalization Interview Results.

19.    After the naturalization examination which is also called Interview, the Plaintiff was asked by USCIS to waiver the requirement in INA that USCIS must render a determination of her application for naturalization within 120 days from the date of the Interview. Out of fear that she might be treated unfairly, the Plaintiff signed the waiver on the same date as the naturalization examination, December 12th, 2005. Attached hereto as **Exhibit G**, Copy of waiver served on N-400 applicant.

20.    More than 200 days after the naturalization examination which is also called the Interview, the Plaintiff wrote to USCIS to query the processing of her application for naturalization. USCIS replied in writing on July 27th, 2007 that her case had been delayed and her case was not ready for decision as the required background investigation remained open. Attached hereto as **Exhibit H**, USCIS reply to the Plaintiff's query.

21.     More than 200 days after the naturalization examination which is also called the Interview, the Plaintiff wrote to the US First Lady, Mrs. George W. Bush, seeking for help to expedite her Name Check at the FBI and hence the USCIS decision on her application for naturalization. The Plaintiff's letter was forwarded to the FBI. The FBI replied to the Plaintiff on November 13th, 2007 that her Name Check is currently in process. Attached hereto as **Exhibit I**, the FBI reply.

22.     Long after the naturalization examination which is also called the Interview, the Plaintiff wrote to US Senator Dianne Feinstein seeking for help to expedite her Name Check at the FBI and hence the USCIS decision on her application for naturalization. US Senator Dianne Feinstein's office replied on October 12th, 2007 that the FBI had said that the Plaintiff's Name Check is still pending, and "There is no way to determine when the name check will be completed." Attached hereto as **Exhibit J**, the reply from Sentor Feinstein's office.

23.     Long after the naturalization examination which is also called the Interview, the Plaintiff wrote to US Congressman Brian P. Bilbray seeking for help to expedite her Name Check at the FBI and hence the USCIS decision on her application for naturalization. US Congressman Brian P. Bilbray replied on October 29th, 2007 that the FBI had said that the Plaintiff's Name Check is currently in process. Attached hereto as **Exhibit K**, the reply from Congressman Brian P. Bilbray.

24.     Long after the naturalization examination which is also called the Interview, the Plaintiff wrote to US Senator Barbara Boxer seeking for help to expedite her Name Check at the FBI and hence the USCIS decision on her application for naturalization. US Senator Barbara Boxer's office replied on November 7th, 2007 that the FBI had said that the Plaintiff's Name Check is still pending, and "There is no way to determine when the name check will be completed." Attached hereto as **Exhibit L**, the reply from Sentor Barbara Boxer's office.

1    25.    Two years after the naturalization examination which is also called the Interview, the

2    Plaintiff made an appointment with USCIS via INFOPASS to ask the progress of her application for

3    naturalization. The Plaintiff was told by a USCIS officer in person during the meeting on December

4    17th, 2007 that her Name Check was still pending and a decision on her application for

5    naturalization could not be made. Attached hereto as **Exhibit M**, the INFOPASS appointment

6    confirmation.

7    26.    Two years after the naturalization examination which is also called the Interview, the

8    Plaintiff submitted a Freedom of Information-Privacy Acts (FOIPA) inquiry request to the FBI. In

9    the response letter that is dated December 14th, 2007, Defendant Mueller's agency replied, "No

10   records responsive to your FOIPA requested were located". In the FBI and the FBI File Fact Sheet

11   coming with the letter, the FBI explains that "the subject name, event, activity, business, or event is

12   searched to determine whether there is an investigative file associated with the subject" for a FOIPA

13   search. This indicates that Defendant Mueller's agency, the FBI, has not done its job at all for the

14   Name Check of the Plaintiff for two years. Attached hereto as **Exhibit N**, the response letter from

15   the FBI and the FBI File Fact Sheet.

16   27.    The Plaintiff has been unlawfully deprived of naturalization for two years because of

17   unreasonable and extraordinary delay by USCIS and the FBI. The Plaintiff has fulfilled all of the

18   statutory requirements for naturalization and passed the naturalization examination two years ago.

19   Yet USCIS has failed to adjudicate the Plaintiff's application within 120 days of the date of the

20   naturalization examination as required by law.

21   28.    As a result of the failure of USCIS and the FBI to adjudicate the Plaintiff's

22   application for naturalization, the Plaintiff is unable to sponsor her immediate relatives in China for

23   lawful US permanent residency, obtain a US passport to travel abroad and return to the US without

1   fear of exclusion as US citizen, serve on jury, or apply for governmental jobs reserved for US

2   citizens. Most important of all, the Plaintiff is unable to vote in elections.

3         29.    Defendants are officials of the government agencies that have failed to adjudicate the

4   Plaintiff's naturalization application with the time prescribed by Federal Regulations in violation to

5   8 C.F.R. § 335.3. The exceedingly long delay in adjudication is caused by the defendants'

6   unwillingness to complete in timely fashion a background investigation known as "Name Check".

7         30.    Despite the fact that the Plaintiff has been waiting for more than two years since

8   passing the naturalization examination, Defendants refuse to set any deadline for completion of the

9   Name Check; instead, they have allowed the Plaintiff's application to linger indefinitely in violation

10   of the Administrative Procedure Act that requires administrative agencies to conclude matters

11   presented to them "within a reasonable time". 5 U.S.C. § 555(b). Through their callous and

12   unreasonable inaction, Defendants are depriving the Plaintiff of the rights and benefits of US

13   citizenship.

14         31.    Defendants' failure to make a decision on the Plaintiff's application for

15   naturalization within the 120-day period allows the Plaintiff to bring this matter to this Court

16   pursuant to 8 U.S.C. § 1447(b).

17                        **FIRST CLAIM FOR RELIEF**

18                    **PETITION FOR NATURALIZATION**

19         32.    The Plaintiff seeks a determination by the Court that she meets the requirements for

20   naturalization and is to be naturalized as a US citizen without further delay. Pursuant to 8 U.S.C. §

21   1447(b), this Court should exercise its authority to grant the Plaintiff's application for

22   naturalization.

23

**SECOND CLAIM FOR RELIEF**

**VIOLATIONS OF THE ADMINISTRATIVE PROCEDURE ACT**

33.     The Plaintiff re-alleges and reasserts the foregoing paragraphs as if set forth fully herein.

34.     The Administrative Procedure Act requires administrative agencies to conclude matters presented to them "within a reasonable time". 5 U.S.C. § 555(b). A district court reviewing agency actions may "compel agency action unlawfully withheld or unreasonably delayed". 5 U.S.C. § 706(1). The court also may "hold unlawful and set aside agency action" that, among other things, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law", 5 U.S.C. § 706(2)(A). "Agency action" includes the whole or a part of an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act. 5 U.S.C. § 551(13).

35.     The failure of Defendants Chertoff and Gonzalez to adjudicate the Plaintiff's application for naturalization within 120 days of naturalization examination (8 U.S.C. § 1446(d) and 8 C.F.R. § 335.3) on the basis of "Name Check", violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. § 706(1), and § 706(2)(A).

36.     The failure of Defendant Mueller to timely complete the Plaintiff's "Name Check", with the full knowledge that USCIS requires the completion of such "Name Check" for adjudication of application of naturalization, violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. § 706(1), and § 706(2)(A).

37.     Defendants' failure to set deadline for completing the Plaintiff's "Name Check" and to take all the other reasonable steps necessary to complete the adjudication of the Plaintiff's application for naturalization by 8 U.S.C. § 1446(d) and 8 C.F.R. § 335.3, violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. § 706(1), and § 706(2)(A).

38.     As a result of Defendants' actions, the Plaintiff has suffered and continues to suffer injury. Declaratory and injunctive relieves are therefore warranted.

### THIRD CLAIM FOR RELIEF

### <u>VIOLATION OF DUE PROCESS CLAUSE</u>

39.     The Plaintiff re-alleges and reasserts the foregoing paragraphs as if set forth fully herein.

40.     The Due Process Clause of the Fifth Amendment to the United States Constitution prohibits the government from depriving any person of "life, liberty, or property, without due process of law".

41.     As a result of Defendants' violations of the Administrative Procedure Act, the Plaintiff is unlawfully deprived of her right to naturalization and US citizenship without the due process of law. The Plaintiff has suffered and continues to suffer injury. Declaratory and injunctive relieves are therefore warranted.

### PRAYER FOR RELIEF

42.     WHEREFORE, the Plaintiff respectfully requests the Court:

(a)     Assume jurisdiction over the matter;

(b)     Review and grant the Plaintiff's application for naturalization, pursuant to 8 U.S.C. § 1447(b);

(c)     Order Defendant Mueller to complete the Name Check of the Plaintiff timely;

(d)     Issue a declaratory judgment holding unlawful: (1) the failure of Defendants Chertoff and Gonzalez to adjudicate the Plaintiff's application for naturalization within 120 days of the date of the Plaintiff's naturalization examination; (2) the failure of Defendant Mueller to complete the Name Check for the Plaintiff's application for naturalization within a reasonable time;

1   and (3) Defendants' failure to take all necessary steps to adjudicate the Plaintiff's application for

2   naturalization within 120 days of the date of the Plaintiff's naturalization examination.

3      (e) Award the Plaintiff her costs associated with this action pursuant to the Equal

4   Access to Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412; and

5      (f) Grant any and all further relieves that this Court deems just and proper.

6

7   Dated: February 19th, 2008

8                        Respectfully Submitted:

9

10

11                        CHUNYING XIE

12                        **PRO SE**

13

14

15

16

17

18

19

20

21

22

23

中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要的协助。

Le Ministère des Affaires Etrangères de la République Populaire de Chine prie les autorités civiles et militaires des pays étrangers de laisser passer librement le titulaire de ce passeport et de lui prêter aide et assistance en cas de besoin.

The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.

中 华 人 民 共 和 国

护 照

République Populaire de Chine

People's Republic of China

PASSPORT

PASSEPORT

号码
No. 1745056

Exhibit A Page 1 of 4



Exhibit A Page 2 of 4



4

持照人签名.
Signature du titulaire
Signature of the bearer

Xie Chunying

本护照前往世界各国有效，自发照之日起有效
期五年。
Ce passeport est valable pour tous les pays du
monde dans un délai de cinq ans à partir de la date
de sa délivrance.
This passport is valid for travel to all countries in
the world within a period of five years from the date
of issue.

发照机关 公安部出入境管理局
Délivré par
Issued by  BUREAU OF EXIT-ENTRY ADMINISTRATION
OF THE MINISTRY OF PUBLIC SECURITY, P.C.



5

1998 年 8 月 14 日

于北京



Purdue Univ.

Departure Number

**582195882 02**

Immigration and
Naturalization Service

**I-94
Departure Record**

U. S. IMMIGRATION
130  SFR  1699

NOV 29 1991

ADMITTED
UNTIL                                (CLASS)

14. Family Name

X I E

15. First (Given) Name

C H U N Y I N G

16. Birth Date (Day/Mo/Yr)

0 1 1 2 6 8

17. Country of Citizenship

P . R . C H I N A

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit:

Record of Changes

C/S TO F-1 for D/S AT LIN ON MAY 2 0 1993 #512

Port:                                                    **Departure Record**

Date:

Carrier:

**Flight #/Ship Name:**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**



### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-00-007-50085 | | CASE TYPE   I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>October 12, 1999 | PRIORITY DATE | APPLICANT   A075 663 686<br>XIE, CHUNYING |
| NOTICE DATE<br>September 22, 2000 | PAGE<br>1 of 1 | |

| | |
|---|---|
| F ALBI<br>LARRABEE & ASSOCIATES<br>RE: XIE CHUNYING<br>6285 LUSK BLVD<br>SAN DIEGO CA 92121 | **Notice Type:**  Approval Notice<br>Section: Derivative adjustment<br>COA: E19 |

Your application for permanent resident status has been approved.  Please call the National Customer Service Center toll free (1-800-375-5283) or the local INS office listed below to schedule an appointment.  You may be required to complete I-89 processing, which requires that you bring a copy of this notice, your Arrival/Departure Record, Form I-94, your passport, and two ADIT style color photos meeting the specifications listed below, to have your fingerprints and signature taken on Form I-89, and otherwise complete processing for your Alien Registration Card.  The address of your local INS office is:

        880 Front Street, San Diego, CA 92188

        Hours for this process:  Tuesday, Wednesday, and Thursday, 8:00 a.m. - 2:30 p.m.

Please direct your questions to the office listed here.  You may appear at the above office on the days and times specified.

PHOTO SPECIFICATIONS:  The 2 ADIT-style color photographs should be taken within the 30 days before you go to the local INS office for processing.  The photographs must:

- have a white background, be unmounted, be printed on thin paper, be glossy and unretouched;

- show a three-quarter frontal profile of the right side of your face, with your right ear visible and with your head bare (unless you are wearing a headdress as required by a religious order to which you belong);

- are no longer than 2x2 inches, with the distance from the top of the head to just below the chin about 1 - 1 1/4 inches.

Lightly print your name and A# from this notice, on the back of each photo with a pencil.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (949) 831 8427**



---

Exhibit C

Form I-797 (Rev. 09/07/93)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**



THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>July 14, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400     Application For Naturalization | | | INS A#<br>A 075 663 686 |
| APPLICATION NUMBER<br>WSC*001346530 | RECEIVED DATE<br>July 05, 2005 | PRIORITY DATE<br>July 05, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CHUNYING XIE
8424 DONAKER ST
SAN DIEGO CA 92129

PAYMENT INFORMATION:

Single Application Fee:       $390.00
Total Amount Received:       $390.00
Total Balance Due:             $0.00

lladmladlladldldla

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:                December 01, 1968
Address Where You Live:   8424 DONAKER ST
                          SAN DIEGO CA 92129

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001443371



Exhibit D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | August 19, 2005 |

| CASE TYPE | | INS A# |
|---|---|---|
| N400    Application For Naturalization | | A 075 663 686 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| WSC*001346530 | July 05, 2005 | July 05, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CHUNYING XIE
8424 DONAKER ST
SAN DIEGO CA  92129

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY: _____
ON _____
TENPRINTS QA REVIEW BY: _____
_____ ON __9/15/05__

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS SAN DIEGO | 09/15/2005 |
| 2505 EL CAJON BLVD. | 01:00 PM |
| SAN DIEGO CA 92104 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon        ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN DIEGO
2505 EL CAJON BLVD.
SAN DIEGO CA 92104

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001346530

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Exhibit E

Form I-797C (Rev. 01/31/05) N

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

---

## A# 75-663-686

On **December 12, 2005**, you were interviewed by USCIS officer **FRED MAPANAO**
**District Adjudication officer**

☑ You passed the tests of U.S. history and government.

＿ You passed the test of the U.S. history and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.
**NOTE: You will become a United States citizen _after_ you have taken the oath of allegiance on the day of the Oath Ceremony. You are not eligible to register to vote until _after_ the Oath Ceremony.**

**B)** _____ **A decision cannot yet be made about your application.**

**It is very important that you:**
☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

---

Form N-652 (Rev. 1/14/05)N

| Exhibit F |



**UNITED STATES
CITIZENSHIP AND
IMMIGRATION
SERVICES**

*880 Front St   Room 1234*
*San Diego, CA 92101*

District Director

Date:        December 12, 2005

Applicant's name: **Chunying   Xie**

File #:    **A75-663-686**·

I understand that the Citizenship and Immigration Service wishes to verify information contained in my application, file, or which I provided during my interview. I hereby waive the requirement under section 336 of the Act that the Service must render a determination on the application within 120 days from the date of the interview.

As a result, I hereby waive the requirement under Section 336 of the Immigration and Nationality Act, that the United States Citizenship and Immigration Services must render a determination on my N-400 Application for Naturalization within 120 days from the date of my naturalization interview/examination.

Applicant's Signature

Witnessed by:
                    Fred Mapanao
                    District Adjudication Officer

Copy of waiver served on N-400 applicant: _____ C.X_____ (initials)

---

**Exhibit G**



**U.S. Department of Homeland Security**
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834



**U.S. Citizenship and Immigration Services**

Friday, July 27, 2007

CHUNYING XIE
8424 DONAKER ST
SAN DIEGO CA 92129

Dear Chunying Xie:

On 07/27/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/05/2005 |
| **Receipt #:** | WSC*001346530 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A075663686 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 07-27-2007 06:05 PM EDT - WSC*001346530

Exhibit H



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH 613844                                                November 13, 2007

Ms. Chunying Xie
8424 Donaker Street
San Diego, CA  92129

Dear Ms. Xie:

        Your letter dated July 27, 2007 directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

        A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on July 23, 2005, and is currently in process.

        The FBI processes millions of name check requests each year with each requiring thoughtful consideration.  We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests.  The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result.  While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

        I trust this information will be of assistance.

        Sincerely,

        for  Michael A. Cannon
             Section Chief
             National Name Check Program Section
             Records Management Division

**Exhibit I**

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
   ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

October 12, 2007

Ms. Chunying Xie
8424 Donaker Street
San Diego, California 92129

Dear Ms. Xie:

The Federal Bureau of Investigation has told me your name check, received on July 23, 2005, is still pending. There is no way to determine when the name check will be completed. If you haven't heard about the status of your case from USCIS within six months, please contact our office and we will make a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Exhibit J

**BRIAN P. BILBRAY**
50TH DISTRICT, CALIFORNIA

227 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-0508
FAX (202) 225-2558

DISTRICT OFFICE:
462 STEVENS AVE., #107
SOLANA BEACH, CA 92075
(858) 350-1150
FAX (858) 350-0750

## Congress of the United States
### House of Representatives
#### Washington, DC 20515-0550

COMMITTEE ON OVERSIGHT
AND GOVERNMENT REFORM

COMMITTEE ON SCIENCE
AND TECHNOLOGY

COMMITTEE ON
VETERANS' AFFAIRS

HOUSE REPUBLICAN
POLICY COMMITTEE

IMMIGRATION REFORM
CAUCUS, CHAIRMAN

October 29, 2007

Mr. Chunying Xie
8424 Donaker St
San Diego, CA 92129-4211

Dear Mr. Xie:

Thank you for your patience while awaiting a response from the Federal Bureau of Investigation (FBI) regarding your background name check.  Included in this letter is the information I received from the FBI regarding the current status of your application.

> A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning CHUNYING XIE, revealed that a request was received from the United States Citizenship and Immigration Services on 07/23/2005, and is currently in process.

> The FBI processes millions of name check requests each year with each requiring thoughtful consideration.  We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests.  The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result.  While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I hope this information proves helpful.  This completes the congressional action on this matter.  Please feel free to contact my office in the future should you have any questions regarding another federal matter.  As always, it is a pleasure to serve you.

Sincerely,

Brian P. Bilbray
Member of Congress

 

**BARBARA BOXER**
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

November 7, 2007

Mr. Chunying Xie
8424 Donaker St.
San Diego, California 92129

Dear Mr. Xie:

Thank you for your recent correspondence to Senator Boxer, regarding your naturalization application.

Senator Boxer has submitted a formal inquiry to San Diego Citizenship and Immigration Services (CIS), asking that CIS provide your application with every consideration consistent with their rules and regulations. Please note that CIS's current response time to Senatorial inquiries is approximately 4-5 weeks.

Once again, thank you for allowing Senator Boxer the opportunity to address your concerns.

Sincerely,

*Alicia A. E.*

Alicia A. Estrada
Constituent Representative

BB:AA

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

Exhibit L


**INFOPASS**
Your e-Ticket to Immigration Information.

| | |
|---|---|
| **Name:** | **Chunying Xie** |
| **Appointment Type:** | **ADIT Processing** |
| **Confirmation No.:** | **SND-07-442**    **Authentication Code:** 16c30 |
| **Appointment Date:** | **December 17, 2007** |
| **Appointment Time:** | **11:30 AM** |
| **Location:** | **880 FRONT STREET, San Diego, CA 92101; Room 1209, Window 3** |

## This is your Confirmation Number:


*SND-07-442*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *10363*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.

Exhibit M




U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 14, 2007

MR. CHUNYING XIE
8424 DONAKER STREET
SAN DIEGO, CA 92129

Request No.: 1103095- 000
Subject: XIE, CHUNYING

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET



- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 147812    — SH
* * C O P Y * *
February 20, 2008
09:02:47**

**Civ Fil Non-Pris**
USAO #.: 08CV0322-BTM
Amount.:                    $350.00 CK
Check#.: PC 1313

**Total—>   $350.00**

FROM: XIE V. DHS SECRETARY

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Chunying Xie

**DEFENDANTS**

DHS Secretary Michael Chertoff; USCIS Director Emilio T. Gonzalez; FBI Director Robert S. Mueller, III

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

5424 DONAKER STREET
SAN DIEGO, CA 92129
PHONE 858-663-0345

County of Residence of First Listed Defendant    Washington, D.C.
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Pro Se

Attorneys (If Known)

'08 CV 0322 BTM NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. § 1447(b), 5 U.S.C. § 701 et seq., 28 U.S.C. § 1331, and 28 U.S.C. § 1361

Brief description of cause:
The defendants have not adjudicated the plaintiff's application for naturalization as required by law.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE    02/20/2008

SIGNATURE OF ATTORNEY OF RECORD    Chunying Xie

FOR OFFICE USE ONLY

RECEIPT # 147812    AMOUNT $350    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____

SU 2/20/08