Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 20 AM 9:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CHUNYING XIE, A# 075 663 686,
Plaintiff,

vs

MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his official capacity as Director of US Citizenship and Immigration Services; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation
Defendants,

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0322 BTM NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CHUNYING XIE, PRO SE, plaintiffs' address: 8424 Donaker St, San Diego, CA 92129, Tel: 858-663-0345

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        _____2/20/08_____
CLERK                                         DATE

By  C. REITMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)