1. CHUNYING XIE, A# 075 663 686,
2. PRO SE
3. 8424 DONAKER ST, SAN DIEGO, CA 92129-4211
4. Telephone: (858) 663-0345

FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNYING XIE, A# 075 663 686,<br>Plaintiff,<br><br>-v-<br><br>MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his official capacity as Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation,<br>Defendants, | Case No. '08 CV 0322 BTM NLS<br><br>CERTIFICATE OF SERVICE |

I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

1
2   1. Registered Mail #RE301448031US
3
4   Robert Muller III, Director of FBI
5   Federal Bureau of Investigation
6   935 Pennsylvania Ave, NW
    Washington, DC 20535-0001

7
8   2. Registered Mail #RE301448028US
9
10  Michael Chertoff,
11  Secretary of Department of Homeland Security
12  Office of General Counsel
13  U.S. Department of Homeland Security
    Washington, DC, 20528

14
15  3. Registered Mail #RE301448045US
16
17  Emilio T. Gonzalez, Director of USCIS
18  c/o Office of the General Counsel
19  U.S. Department of Homeland Security
    Washington, DC, 20528

20
21  4. Registered Mail #RE301448059US
22
23  U.S. Attorney General, Michael Mukasey
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

5.  Registered Mail #RE301448062US

U.S. Attorney, Karen P. Hewitt

U.S. Attorney's Office Southern District of California

Federal Office Building

880 Front Street, Room 6293

San Diego, California 92101-8893

San Diego, CA this 25th day of February, 20 08.

*[signature]*

Service Agent

Plaintiff, PRO SE

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CHUNYING XIE, A# 075 663 686,
Plaintiff,

vs

MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his official capacity as Director of US Citizenship and Immigration Services; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation
Defendants,

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0322 BTM NLS

TO: (Name and Address of Defendant)

Robert Muller II,
Director of Federal Bureau of Investigation
Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CHUNYING XIE, PRO SE, plaintiffs' address: 8424 Donaker St, San Diego, CA 92129, Tel: 858-663-0345

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/20/08
DATE

By CTMANN Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  02/23/2008 |
| NAME OF SERVER  CHUNYING XIE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☑ Other (specify):  REGISTERED MAIL .  NO: RE 301448031 US

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  02/23/2008          *Chunying Xu* (signature)
             Date                Signature of Server
                                 8424 DONAKER ST.  SAN DIEGO, CA 92129
                                 Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure 

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**Receipt 1 (RE301448028US)**

- Registered No.: RE301448028US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Return Receipt: $0.00
- Postage: $1.65
- Restricted Delivery: $0.00
- Received by: [signature]
- Customer Must Declare Full Value: $50.00
- Date Stamp: 0126 09 02/23/08

FROM: CHUNYING XIE, 8424 DONAKER ST, SAN DIEGO, CA 92129

TO: Michael Chertoff, Secretary of Dept of Homeland Security, Office of General Counsel, US Department of Homeland Security, Washington, DC 20528

PS Form 3806, May 2007 — Receipt for Registered Mail

**Receipt 2 (RE301448045US)**

- Registered No.: RE301448045US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Return Receipt: $0.00
- Postage: $1.65
- Restricted Delivery: $0.00
- Received by: [signature]
- Customer Must Declare Full Value: $50.00
- Date Stamp: 0126 09 02/23/08

FROM: CHUNYING XIE, 8424 DONAKER ST, SAN DIEGO, CA 92129

TO: Emilio T. Gonzalez, Director of USCIS, c/o Office of the General Counsel, US Department of Homeland Security, Washington, DC 20528

PS Form 3806, May 2007 — Receipt for Registered Mail

**Receipt 3 (RE301448031US)**

- Registered No.: RE301448031US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Return Receipt: $0.00
- Postage: $1.65
- Restricted Delivery: $0.00
- Received by: [signature]
- Customer Must Declare Full Value: $50.00
- Date Stamp: 0126 09 02/23/08

FROM: CHUNYING XIE, 8424 DONAKER ST, SAN DIEGO, CA 92129

TO: Robert Muller III, Director of FBI, Federal Bureau of Investigation, 935 Pennsylvania Ave, NW, Washington DC 20535-0001

PS Form 3806, May 2007 — Receipt for Registered Mail

