CHUNYING XIE, A# 075 663 686,
PRO SE
8424 DONAKER ST, SAN DIEGO, CA 92129-4211
Telephone: (858) 663-0345

FILED
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**CHUNYING XIE**, A# 075 663 686,
**Plaintiff,**

-v-

**MICHAEL CHERTOFF**, in his official capacity as Secretary of the U.S. Department of Homeland Security; **EMILIO T. GONZALEZ**, in his official capacity as Director of U.S. Citizenship and Immigration Services; **ROBERT S. MUELLER, III**, in his official capacity as Director of the Federal Bureau of Investigation,
**Defendants,**

Case No. **'08 CV 0322 BTM NLS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:



1. Registered Mail #RE301448031US
Robert Muller III, Director of FBI
Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535-0001

2. Registered Mail #RE301448028US
Michael Chertoff,
Secretary of Department of Homeland Security
Office of General Counsel
U.S. Department of Homeland Security
Washington, DC, 20528

3. Registered Mail #RE301448045US
Emilio T. Gonzalez, Director of USCIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC, 20528

4. Registered Mail #RE301448059US
U.S. Attorney General, Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

5. Registered Mail #RE301448062US

U.S. Attorney, Karen P. Hewitt

U.S. Attorney's Office Southern District of California

Federal Office Building

880 Front Street, Room 6293

San Diego, California 92101-8893

San Diego, CA this 25th day of February, 20 08.

[signature]

Service Agent

Plaintiff, PRO SE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

CHUNYING XIE, A# 075 663 686,
Plaintiff,

vs

MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his official capacity as Director of US Citizenship and Immigration Services; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation
Defendants,

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0322 BTM NLS

TO: (Name and Address of Defendant)

Emilio T. Gonzalez
Director of US Citizenship and Immigration Service
c/o Office of the General Counsel
U.S Department of Homeland Security
Washington, DC, 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CHUNYING XIE, PRO SE, plaintiffs' address: 8424 Donaker St, San Diego, CA 92129, Tel: 858-663-0345

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/20/08
DATE

By C. BOTTMANN Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 02/23/2008 |
| NAME OF SERVER CHUNYING XIE | TITLE |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ______

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:.

Name of person with whom the summons and complaint were left: ______

Return unexecuted:

✓ Other (specify): REGISTERED MAIL. No: RE301448045US

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 02/23/2008 (Date) [signature] Signature of Server

8424 DONAKER ST. SANDIEGO, CA 92129
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Registered No. RE301448028US

Date Stamp: 0126 09 02/23/08

To Be Completed By Post Office

| Reg. Fee | $10.15 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.65 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ 50 $50.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
CHUNYING XIE
8424 DONAKER ST
SAN DIEGO. CA 92129

TO:
Michael Chertoff, Secretary of Dept of Homeland Security. Office of General Counsel. US Department of Homeland Secu[rity]
Washington. DC. 20528

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Registered No. RE301448045US

Date Stamp: 0126 09 02/23/08

To Be Completed By Post Office

| Reg. Fee | $10.15 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.65 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ 50 $50.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
CHUNYING XIE
8424 DONAKER ST
SAN DIEGO, CA 92129

TO:
Emilio T. Gonzalez. Director of USCIS
c/o Office of the General Counsel
US Department of Homeland Security
Washington. DC 20528

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Registered No. RE301448031US

Date Stamp: 0126 09 02/23/08

To Be Completed By Post Office

| Reg. Fee | $10.15 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.65 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ 50 $50.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
CHUNYING XIE
8424 DONAKER ST
SAN DIEGO, CA 92129

TO:
Robert Muller III. Director of FBI
Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington DC 20535-0001

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Registered No. RE301448059US

Date Stamp

0126 09 02/23/08

To Be Completed By Post Office

| Reg. Fee | $10.1 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.82 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ $50.00 50

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: CHUNYING XIE
8424 DONAKER ST
SAN DIEGO, CA 92129

TO: US Attorney General. Michael Mukasey
US Department of Justice
950 Pennsylvania Avenue. NW
Washington, DC 20530-0001

PS Form 3806, May 2007 (7530-02-000-9051) Receipt for Registered Mail Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Registered No. RE301448062US

Date Stamp

0126 09 02/23/08 USPS

To Be Completed By Post Office

| Reg. Fee | $10.15 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.82 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ $50.00 50

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: CHUNYING XIE
8424 DONAKER STREET
SAN DIEGO, CA 92129

TO: US Attorney, Karen P Hewitt
US Attorney's Office Southern District of California
Federal Office Building 880 Front St. Rm6293
San Diego, CA 92101-8893

PS Form 3806, May 2007 (7530-02-000-9051) Receipt for Registered Mail Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

