1  CHUNYING XIE, A# 075 663 686,

2  PRO SE

3  8424 DONAKER ST, SAN DIEGO, CA 92129-4211

4  Telephone: (858) 663-0345

**FILED**
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNYING XIE, A# 075 663 686,<br>**Plaintiff,**<br><br>-v-<br><br>MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; **EMILIO T. GONZALEZ,** in his official capacity as Director of U.S. Citizenship and Immigration Services; **ROBERT S. MUELLER, III,** in his official capacity as Director of the Federal Bureau of Investigation,<br>**Defendants,** | Case No. **'08 CV 0322 BTM NLS**<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

1. Registered Mail #RE301448031US

   Robert Muller III, Director of FBI

   Federal Bureau of Investigation

   935 Pennsylvania Ave, NW

   Washington, DC 20535-0001

2. Registered Mail #RE301448028US

   Michael Chertoff,

   Secretary of Department of Homeland Security

   Office of General Counsel

   U.S. Department of Homeland Security

   Washington, DC, 20528

3. Registered Mail #RE301448045US

   Emilio T. Gonzalez, Director of USCIS

   c/o Office of the General Counsel

   U.S. Department of Homeland Security

   Washington, DC, 20528

4. Registered Mail #RE301448059US

   U.S. Attorney General, Michael Mukasey

   U.S. Department of Justice

   950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

5. Registered Mail #RE301448062US

U.S. Attorney, Karen P. Hewitt

U.S. Attorney's Office Southern District of California

Federal Office Building

880 Front Street, Room 6293

San Diego, California 92101-8893

San Diego, CA this 25th day of February, 20 08.

_____
Service Agent

Plaintiff, PRO SE

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNYING XIE, A# 075 663 686, Plaintiff, vs MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, in his official capacity as Director of US Citizenship and Immigration Services; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation Defendants, | **SUMMONS IN A CIVIL ACTION** Case No. '08 CV 0322 BTM NLS |

TO: (Name and Address of Defendant)
Michael Chertoff
Secretary of Department of Homeland Security
Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CHUNYING XIE, PRO SE, plaintiffs' address: 8424 Donaker St, San Diego, CA 92129, Tel: 858-663-0345

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 2/20/08 |
|---|---|
| CLERK | DATE |

By C_____TMANN Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 02/23/2008 |
| NAME OF SERVER CHUNYING XIE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☑ Other (specify): REGISTERED MAIL. NO: RE301448028 US

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 02/23/2008
Date

Signature of Server: *Chuny Xi*

Address of Server: 8424 DONAKER ST. SAN DIEGO. CA 92129

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



