| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CAROLINE J. CLARK<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 220000<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7491<br>Facsimile: (619) 557-5004 |
| 6 | E-mail: caroline.clark@usdoj.gov |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNYING XIE,<br><br>                    Plaintiff,<br><br>            v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation,<br><br>                    Defendants. | Case No. 08cv0322 BTM (NLS)<br><br>JOINT MOTION TO REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES |

COME NOW THE PARTIES, Plaintiff Chunying Xie, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant United States Attorney, and hereby jointly move the Court to remand this case to U.S. Citizenship and Immigration Services (USCIS) for adjudication. The undersigned attorney for the Defendants has informed the Plaintiff that the FBI has completed its name check and that USCIS is now prepared to complete its investigation and adjudication of Plaintiff's naturalization application. In the event the

//
//
//

1  naturalization application is not adjudicated within sixty days of the Court's order remanding the case,
2  Defendants do not object to Plaintiff being granted sixty days leave to amend her complaint.

4  DATED: 04/15/2008

   */s/ Chunying Xie/*
   CHUNYING XIE
   Plaintiff

7  DATED: 4/15/08

   KAREN P. HEWITT
   United States Attorney

   */s/ Caroline J. Clark/*
   CAROLINE J. CLARK
   Assistant United States Attorney
   Attorneys for Defendants
   E-Mail: caroline.clark@usdoj.gov