1   KAREN P. HEWITT
    United States Attorney
2   CAROLINE J. CLARK
    Assistant U.S. Attorney
3   California State Bar No. 220000
    Office of the U.S. Attorney
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone:  (619) 557-7491
    Facsimile: (619) 557-5004
6   E-mail: caroline.clark@usdoj.gov

7   Attorneys for Defendants

8                 UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  CHUNYING XIE,                    )    Case No. 08cv0322 BTM (NLS)
                                     )
11                 Plaintiff,        )
                                     )
12        v.                         )    CERTIFICATE OF SERVICE
                                     )
13  MICHAEL CHERTOFF, Secretary of the)
    Department of Homeland Security, et al.,  )
14                                   )
                   Defendants.       )
15  _____ )

16        IT IS HEREBY CERTIFIED THAT:

17        I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party
18  to the above-entitled action.  I have caused service of: **JOINT MOTION TO REMAND TO U.S.**
    **CITIZENSHIP AND IMMIGRATION SERVICES** on the following party by electronically filing
19  the foregoing with the Clerk of the District Court using its ECF System, which electronically provides
    notice:
20
          N/A
21
          I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the
22  following non-ECF participants in this case:

23  Plaintiff in *propria persona*,
    Chunying Xie
24  8424 Donaker St.
    San Diego, CA 92129-0345
25
    the last known address, at which place there is delivery service of mail from the U.S. Postal Service.
26  I declare under penalty of perjury that the foregoing is true and correct.

27        Executed on April 15, 2008.

28                                        Ana Strutton