1

2

3                      UNITED STATES DISTRICT COURT

4                     SOUTHERN DISTRICT OF CALIFORNIA

5

6   CHUNYING XIE,                    )        Case No. 08cv0322 BTM (NLS)
                                     )
7              Plaintiff,            )
                                     )
8        v.                          )        ORDER GRANTING JOINT MOTION TO
                                     )        REMAND
9   MICHAEL CHERTOFF, Secretary of the)
    Department of Homeland Security; EMILIO)
10  T. GONZALEZ, Director of the United)     USCIS No. A75 663 686
    States  Citizenship  and  Immigration)
11  Services; ROBERT S. MUELLER, Director)
    of the Federal Bureau of Investigation,  )  [Docket No. 6]
12                                   )
               Defendants.           )
13  _____ )

14
             Having considered the parties' Joint Motion to Remand to U.S. Citizenship and Immigration
15
    Services (Docket No. 6) and finding the motion meritorious, the Court GRANTS the motion to remand.
16
    This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the
17
    naturalization application within sixty days of this ORDER.  Plaintiff has sixty days leave to amend her
18
    Complaint in the event the naturalization application is not adjudicated within sixty days of this
19
    ORDER.
20
             **IT IS SO ORDERED.**
21

22
    **DATED:  April 16, 2008**
23
                                             _Burry Ted Moskowitz_
24
                                             **Honorable Barry Ted Moskowitz**
25                                           **United States District Judge**

26

27

28